for the Tenth Circuit denied. *Mr. Austin M. Cowan* for petitioner. *Mr. Robert C. Foulston* for respondent.

No. 703. HILL *v.* SANFORD, WARDEN. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lawrence S. Camp* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 704. REDUS *v.* ALABAMA. March 9, 1943. Petition for writ of certiorari to the Supreme Court of Alabama denied. The application for stay is denied. *Mr. Walter S. Smith* for petitioner. *Mr. William N. McQueen,* Attorney General of Alabama, for respondent.

No. 695. UNITED STATES *v.* FIRST NATIONAL BANK. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Solicitor General Fahy* for the United States. *Mr. Pearce C. Rodey* for respondent.

No. 699. PEOPLES PACKING Co., INC. *v.* WALLING, ADMINISTRATOR OF THE WAGE & HOUR DIVISION, U. S. DEPARTMENT OF LABOR. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. James S. Twyford* for petitioner. *Solicitor General Fahy* and *Mr. Irving J. Levy* for respondent.

No. 702. AINTREE CORPORATION *v.* NATIONAL LABOR RELATIONS BOARD. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh